**MTN**
STEPHEN STEIN
Nevada Bar No. 0041
520 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563

UNITED STATE DISTRICT COURT
DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | **CASE No. 2:15-CR-00042-RFB-NJK** |
| Plaintiff, | |
| v. | **MOTION FOR RELEASE OF PASSPORT** |
| WILLIAM ALVEAR, MD | |
| Defendant. | |

COMES NOW defendant WILLIAM ALVEAR, by and through his counsel STEPHEN STEIN ESQ., and respectfully requests that this Court issue an Order to the UNITED STATES PRETRIAL SERVICES AGENCY releasing the defendant's passport to him pursuant to this Court's Order October 29, 2017 granting the defendant's travel to Columbia.

Respectfully Submitted,

STEPHEN STEIN, ESQ.

**IT IS HEREBY SO ORDERED**.

Dated this __8th__ of November 2017

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
STEIN & ROJAS
AN ASSOCIATION OF PROFESSIONAL CORPORATIONS
520 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101-6593
AREA CODE (702) 384-5563